IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**SHANEKWA STOKES**                                                                                                       **PLAINTIFF**

v.                                              Case No. 3:24-cv-173 BRW

**NETTLETON SCHOOL DISTRICT**                                                                      **DEFENDANT**

**ORDER**

Plaintiff Shanekwa Stokes's motion to proceed *in forma pauperis* and motion to appoint counsel are denied as moot because this Court does not have jurisdiction over her claims.[1]

Stokes sues Nettleton School District seeking damages after her minor daughter was injured on the playground.[2] This Court, however, does not have jurisdiction over this state law negligence claim.

Federal courts are courts of limited jurisdiction, meaning they only have the authority to hear certain kinds of cases. This is called subject-matter jurisdiction. Cases over which federal courts do not have subject-matter jurisdiction must be dismissed.[3] There are two basic types of subject-matter jurisdiction: diversity jurisdiction and federal-question jurisdiction. Neither exists here.

Diversity jurisdiction exists if the dispute is between "citizens of different states" and the amount in controversy exceeds $75,000.[4] Both parties are Arkansawyers,[5] and Stokes has not alleged an amount in controversy. Accordingly, no diversity has been shown.

Federal question jurisdiction exists if the case arises "under the Constitution, laws, or treaties of the United States." 28 U.S.C. § 1331. Stokes has offered no reason to suggest a federal

---

[1] Doc. Nos. 1, 2.
[2] Complaint Doc. No. 2.
[3] FED. R. CIV. P. 12(h)(3).
[4] 28 U.S.C. § 1332.
[5] An internet search reveals the Nettleton School District is located in Craighead County, Arkansas.

question exists. Rather, it is apparent that Stokes is bringing a state law tort claim for money damages for negligence. As a result, this court does not have subject matter jurisdiction. This matter is a state law issue and can be raised in state court. The case is dismissed without prejudice.

    IT IS SO ORDERED this 2nd day of October, 2024.


                                                  BILLY ROY WILSON
                                       UNITED STATES DISTRICT JUDGE