IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**SHANEKWA STOKES**                                                                                      **PLAINTIFF**

**v.**                                      **Case No. 3:24-cv-173 BRW**

**NETTLETON SCHOOL DISTRICT**                                                           **DEFENDANT**

## JUDGMENT

Based on the order entered today, this case is DISMISSED without prejudice.

IT IS SO ORDERED this 2nd day of October, 2024.


                                            BILLY ROY WILSON
                                  UNITED STATES DISTRICT JUDGE